UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Metropolitan Life Insurance Company,

Plaintiff,

v.

Carol Volstadt; Brad Anderson; Robyn Jones; Jacquelyn Jones; Samantha Jones; Sarah Popken and James Popken

Defendants.

Civil File No. 01-CV-880 (RHK/JMM)

**ORDER**

IT IS HEREBY ORDERED that the Clerk of Court shall deposit in an interest bearing account the policy proceeds paid by Metropolitan Life Insurance Company in the amount of $140,000 plus interest, if any.

BY THE COURT:

Dated: 5/29/01

Richard H. Kyle
JUDGE OF DISTRICT COURT

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

681384-1