UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Metropolitan Life Insurance Company,

Plaintiff,

v.

Carol Volstadt; Brad Anderson; Robyn Jones; Jacquelyn Jones; Samantha Jones; Sarah Popken and James Popken

Defendants.

Civil File No. ~~00-CV-880~~ 01-CV-880 (RHK/JMM)

**ORDER**

IT IS HEREBY ORDERED that the Clerk of Court shall deposit in an interest bearing account the cash accumulation amount plus interest paid by Metropolitan Life Insurance Company in the amount of $698.88.

BY THE COURT:

Dated: 8/10/01

Richard H. Kyle
JUDGE OF DISTRICT COURT

AUG 10 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK