UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Metropolitan Life Insurance Company,

Plaintiff,

v.

Carol Volstadt; Brad Anderson; Robyn Jones; Jacquelyn Jones; Samantha Jones; Sarah Popken and James Popken

Defendants.

Civil File No. ~~00~~ 01-CV-880 (RHK/JMM)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties herein, through their respective counsel, that Plaintiff Metropolitan Life Insurance Company be dismissed from this matter with prejudice.

It is further stipulated and agreed that Metropolitan Life Insurance Company will recover its costs, disbursements and attorneys' fees herein in the manner prescribed by Equitable Life Assure Soc'y of the U.S. v. Miller, 229 F. Supp. 1018 (D. Minn. 1964) and Greenberg v. Equitable Life Assure Society of U.S., 167 F.Supp. 112 (D. Minn 1958).

It is further stipulated and agreed that Metropolitan Life Insurance Company, IBM, Group Universal Life Insurance Plan for IBM Employees (the "Plan"), including their parent corporations, affiliates, subsidiaries and successors, are all hereby discharged and released from any further claims or liability with respect to Policy number A28064-G, as a result of the death of Frederick Jones, Sr. and/or the claims being made by the parties in this action.

It is further stipulated and agreed that the Clerk of Court upon filing of this Stipulation and without notice to any party, is hereby authorized to enter an Order of Dismissal with Prejudice with

FILED NOV 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

regard to the claims of and counterclaims against Plaintiff Metropolitan Life Insurance Company. The cross-claims of the Defendants herein, however, shall not be dismissed as a result of this Stipulation.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________

Brian A. Wood (141690)
Rachna B. Sullivan (272565)
Attorneys for Plaintiff
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7970/7999

DATED: 11-6, 2001

By [signature]
William L. French (131945)
Attorney for Volstadt
P.O. Box 6323
627 Woodhaven Court, N.E.
Rochester, Minnesota 55903
(507) 280-6136

DATED: 11-7, 2001

WENDLAND AND UTZ, LTD.

By ______________________
Roger M. Stahl (226634)
Attorneys for Defendants Anderson, et al.
Suite 300 Wells Fargo Center
P.O. Box 939
Rochester, Minnesota 55903-0939
(507) 288-5440

DATED: November 8, 2001

# ORDER

PURSUANT TO THE FOREGOING STIPULATION,

IT IS HEREBY ORDERED, that all claims of and counterclaims against Plaintiff Metropolitan Life Insurance Company shall be dismissed with Prejudice, that MetLife recover its costs, disbursements and attorneys' fees herein, and that the respective cross-claims of the Defendants herein shall be the only remaining claims in this matter.

BY THE COURT:

Dated: 11/09/01

Richard H. Kyle
JUDGE OF DISTRICT COURT