UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff,

v.

CAROL VOLSTADT, BRAD ANDERSON, ROBYN JONES, JACQUELYN JONES, SAMANTHA JONES, SARAH POPKEN and JAMES POPKEN,

Defendants.

CIVIL NO. 01-880 (RHK/JMM)

**SECOND** ORDER FOR PRETRIAL AND SETTLEMENT CONFERENCE

A pretrial and settlement conference will be held in the above-referenced matter on **December 20, 2001 at 2:00 p.m.** in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge John M. Mason.

Plaintiff and Plaintiff's Counsel need not appear. Counsel who will actually try the case shall be present. Each party shall also be present. Availability by telephone is not acceptable. Each party present shall have full settlement discretion, including the unlimited power to change that party's settlement posture during the course of the conference.

Each attorney shall deliver to chambers on or before **December 13, 2001**, a letter which shall include (1) a concise analysis of each remaining liability issue, with citations to relevant authority; (2) a reasoned, itemized computation of each element of the alleged damages, with a concise summary of the testimony of each witness who will testify in support of the damage computations; and (3) a statement of the parties' respective settlement positions, as well as any additional information believed to be helpful to the process of reaching agreement. This letter is for the Court's use only and should not be served on opposing counsel.

Dated: November 14, 2001

JOHN M. MASON
United States Magistrate Judge

FILED NOV 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK