UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

METROPOLITAN LIFE INSURANCE COMPANY

Plaintiff,

v.

CAROL VOLSTADT, BRAD ANDERSON, ROBYN JONES, JACQUELYN JONES, SAMANTHA JONES, SARAH POPKEN and JAMES POPKEN,

Defendants.

CIVIL NO. 01-880 (RHK/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated January 22, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED as follows:

1. The Clerk of Court shall distribute or disburse the funds interpled in this matter ("Interpled Funds") as follows:

A. Plaintiff Metropolitan Life Insurance Company shall be and is hereby awarded $2,500.00 as its reasonable costs, disbursements and attorney's fees in this matter. Said award shall be distributed by the Clerk of Court by payment directed to Plaintiff's counsel of record.

B. Defendant Carol Volstad shall be and is hereby awarded $34,500.00 in full and final settlement of her claims in this matter. Said

FILED FEB 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 14 2002
DEPUTY CLERK

award shall be distributed by the Clerk of Court by payment directed to Defendant Carol Volstad's counsel of record.

C. The remaining balance of the Interpled Funds shall be distributed to the remaining Defendants (other than Defendant Volstad) as full and final settlement of their claims in this matter. Said award shall be distributed by the Clerk of Court by payment directed to Wendland and Utz, Ltd., as counsel of record for said remaining Defendants.

2. Thereupon, the above matter shall be, and hereby is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 2/11/02

RICHARD H. KYLE
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995